**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

    Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

    Defendants.

---

## MINUTE ORDER[1]

---

    Defendant B. Doug George's Motion to Dismiss and Motion for Summary Judgment [#11], and Memorandum of Law in Support of Defendant B. Doug George's Motion to Dismiss and Motion for Summary Judgment [#12] both filed on April 28, 2006, are STRICKEN for failure to comply with this court's practice standards REB Civ. Practice Standard V.A.1. and V.H.3.

Dated: May 1, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.