IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00564-REB-CBS

FRED MARK BURNETT, and
CAROL ANN BURNETT,
    Plaintiffs,
v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,
    for conspiring to violate 18 U.S.C. §§ 1341 & 1962,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mark and Carol Ann Burnett's "Response to Unopposed Motion for Defendant Daniel P. Powell for Additional Time to Respond to Plaintiffs' First Amended Complaint" (filed May 18, 2006) (*see* docs. # 24 and # 25).  Pursuant to the March 30, 2006 Order of Reference, this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions."

Plaintiffs filed their Amended Complaint (doc. # 3) on April 4, 2006.  On April 28, 2006 Defendant Powell filed his "Unopposed Motion of Defendant Daniel P. Powell for Additional Time to Respond to Plaintiffs' First Amended Complaint" (doc. # 8).  The

court granted Powell's Motion on May 1, 2006. (*See* doc. # 17).  On May 18, 2006 Plaintiffs filed their Response to Powell's Motion, objecting to Powell's request for an extension of time to respond to the Amended Complaint after the request had been granted.  The court has reviewed Plaintiffs' "Response to Unopposed Motion for Defendant Daniel P. Powell for Additional Time to Respond to Plaintiffs' First Amended Complaint" (*see* docs. # 24 and # 25), Powell's Reply (doc. # 26) and Corrected Reply (doc. # 27), the entire case file, and the applicable law and is sufficiently advised in the premises.  Accordingly, IT IS ORDERED that:

1. The court's Order (doc. # 17) granting Defendant Powell's "Unopposed Motion of Defendant Daniel P. Powell for Additional Time to Respond to Plaintiffs' First Amended Complaint" remains in effect.

2. Defendant Powell's response to Plaintiffs' First Amended Complaint remains due on or before May 31, 2006.

DATED at Denver, Colorado, this 24th day of May, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge