IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00564-REB-CBS

FRED MARK BURNETT, and
CAROL ANN BURNETT,
    Plaintiffs,
v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,
    for conspiring to violate 18 U.S.C. §§ 1341 & 1962,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mark and Carol Ann Burnett's request "to Summarily Deny and Strike Sua Sponte B. Doug George's May 4th Noncompliant Motion to Dismiss and Motion for Summary Judgment" (filed May 23, 2006) (doc. # 29). Pursuant to the March 30, 2006 Order of Reference and the memorandum dated May 24, 2006 (doc. # 30), this matter was referred to the Magistrate Judge. The court has reviewed the request, the entire case file and the applicable rules and is sufficiently advised in the premises.

    On May 1, 2006, District Judge Blackburn struck Defendant George's Motion to Dismiss and Motion for Summary Judgment (doc. # 12) "for failure to comply with this court's practice standards REB Civ. Practice Standard V.A.1. and V.H.3." (*See* doc. #

1

13). Defendant George then filed his Motion for Summary Judgment on May 4, 2006 (doc. # 19). Plaintiffs now argue that Defendant George's Motion for Summary Judgment should also be stricken for violation of REB Practice Standards because: (1) "the present combined total pages of the defendant's motion for summary judgment on April 28th and May 4th, 2006 substantially exceeds the clear limits . . . ;" and (2) "George is also willfully noncompliant with REB Civ. R V.H.2.a. by filing his motion to include argument that Burnetts' pleadings were without particularity, . . . without George's obligation pursuant to REB Civ. R to confer . . . to amend Burnetts' pleadings concerning fraud if, in fact such was necessary."

First, Defendant George's Motion to Dismiss and Motion for Summary Judgment (doc. # 12) was stricken on May 1, 2006. George's Motion for Summary Judgment (doc. # 19) consisting of 20 pages appears to be in compliance with REB Practice Standards. Second, REB Civ. R V.H.2.a. governs motions to dismiss. Thus, the requirement to "confer prior to the filing of the motion if the deficiency is correctable by amendment" (*See* REB Civ. Practice Standard V.H.2.a.) does not apply to Defendant George's Motion for Summary Judgment. Accordingly,

IT IS ORDERED that:

1. Mark and Carol Ann Burnett's request "to Summarily Deny and Strike Sua Sponte B. Doug George's May 4th Non Complaint Motion to Dismiss and Motion for Summary Judgment" (filed May 23, 2006) (doc. # 29) is DENIED.

2. Mark and Carol Ann Burnett may file their response to Defendant George's Motion for Summary Judgment **on or before June 15, 2006**.

3. The Scheduling Conference remains set on **July 6, 2006 at 10:45 a.m.** at the Alfred A. Arraj U.S. Courthouse, Courtroom A402 , Fourth Floor, 901 19th Street, Denver, Colorado. (*See* doc. # 4).

DATED at Denver, Colorado, this 25th day of May, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge