IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

      Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

      Defendants.

---

# MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED**   Defendants' ( Robert L. Amrein and Karen L. Amrein)   Motion for Leave of the Court to Attend Conference Via Telephone (*Doc. No. 48,* Filed June 12, 2006)     is **GRANTED.**

Counsel shall call the Court     **(303) 844-2117**       at the scheduled date and time set for the Rule 16(b) Scheduling and Planning Conference   July 06, 2006 at 10:45 a.m.
**DATED:**       June 12, 2006