IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

    Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is Plaintiffs' Motion for Clarification (*doc. no. 53*).  It is hereby

**ORDERED** that the instant motion is **GRANTED**.  Parties are relived of their obligation to submit a proposed scheduling order and confidential settlement statements as required in the court's order of April 7, 2006.  It is further

**ORDERED** that ALL parties and/or counsel are to be physically present for the preliminary scheduling conference on **July 6, 2006, at 10:45 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    June 28, 2006