**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

    Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

    Defendants.

---

MINUTE ORDER[1]

---

    Plaintiffs' Burnetts' Motion Under the Authority of F.R.Civ.P.r.61 with Supporting Brief for Leave of Court to Amend Their "Reply" (Doc. #84) to Conform with REB Civ. Practice Standard V.A.1. [#89], filed August 23, 2006, is GRANTED. Plaintiffs shall have until **September 8, 2006**, in which to re-file their reply in compliance with this court's practice standard REB Civ. Practice Standard V.A.1.

Dated: August 24, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.