IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00564-REB-CBS

FRED MARK BURNETT, and
CAROL ANN BURNETT,
    Plaintiffs,
v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,
    for conspiring to violate 18 U.S.C. §§ 1341 & 1962,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Burnetts' "Motion to Strike Defendant Robert and Karen Amrein's August 3rd, 2006 Reply . . ." (filed August 23, 2006) (doc. # 88). Pursuant to the March 30, 2006 Order of Reference and the memorandum dated August 23, 2006 (doc. # 90), this matter was referred to the Magistrate Judge. The court has reviewed the pending matter, the entire case file and the applicable rules and is sufficiently advised in the premises.

    At the hearing held on July 6, 2006, the court granted the Burnetts' request to further amend their Amended Complaint and afforded the Burnetts until July 20, 2006 to file a Second Amended Complaint. The court afforded Defendants until August 3, 2006 to respond to the Burnetts' Second Amended Complaint. The Reply filed by the

1

Amreins on August 3, 2006 (doc. # 78) was thus timely filed pursuant to the schedule established by the court. Accordingly,

IT IS ORDERED that the Burnetts' "Motion to Strike Defendant Robert and Karen Amrein's August 3rd, 2006 Reply . . ." (filed August 23, 2006) (doc. # 88) is DENIED.

DATED at Denver, Colorado, this 23rd day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge