IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00564-REB-CBS

FRED MARK BURNETT, and
CAROL ANN BURNETT,
    Plaintiffs,
v.

ROBERT L. AMREIN, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the "Notice for Hearing" (doc. # 100-2) filed by the Burnetts on September 13, 2006. The Burnetts state "[p]lease take notice that at 10:45 a.m. on the 29th day of September, 2006, the Plaintiffs have called for a hearing in the U.S. District Court, Room A-402 . . . ." There is no provision for litigants to set matters on the court's docket on their own initiative. Accordingly,

    IT IS ORDERED that the "Notice for Hearing" (doc. # 100-2) filed by the Burnetts on September 13, 2006 is STRICKEN.

    DATED at Denver, Colorado, this 13th day of September, 2006.

                              BY THE COURT:

                              *s/Craig B. Shaffer*
                              United States Magistrate Judge