IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00564-REB-CBS

FRED MARK BURNETT, and
CAROL ANN BURNETT,
    Plaintiffs,
v.

ROBERT L. AMREIN, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

      This civil action comes before the court on: (1) the Burnetts' "Motion for Sanctions of Doc. # 74 Pursuant to F.R. Civ. P. R. 11, . . ." (filed September 25, 2006) (doc. # 107); and (2) the Burnetts' "Motion for Sanctions Pursuant to F.R. Civ. P. r. 11 [sic], . . ." (filed September 25, 2006) (doc. # 109).  Pursuant to the Order of Reference dated March 30, 2006 (doc. # 2) and the memoranda dated September 26, 2006 and September 27, 2006 (docs. # 108 and # 111), the Motions were referred to the Magistrate Judge.  The court has reviewed the pending matters, the entire case file and the applicable rules and is sufficiently advised in the premises.

      The Burnetts seek unspecified sanctions against Defendant George based upon the alleged frivolousness of the Renewed Motion for Summary Judgment (doc. # 74). The Burnetts also seek unspecified sanctions against Defendant Powell because Powell's Motion to Dismiss (doc. # 76) was not "well-grounded or well-researched."

1

(*See, e.g.*, doc. # 109 at ¶ 35). In light of the court's Recommendation that Defendant George's Renewed Motion for Summary Judgment (doc. # 74) and Defendant Powell's Motion to Dismiss (doc. # 76) both be granted in part, the Burnetts' request for sanctions is inappropriate. (*See* Recommendation of United States Magistrate Judge (doc. # 99)). Accordingly, IT IS ORDERED that:

    1.    The Burnetts' "Motion for Sanctions of Doc. # 74 Pursuant to F.R. Civ. P. R. 11, . . ." (filed September 25, 2006) (doc. # 107) is DENIED.

    2.    The Burnetts' "Motion for Sanctions Pursuant to F.R. Civ. P. r. 11 [sic], . . ." (filed September 25, 2006) (doc. # 109) is DENIED.

DATED at Denver, Colorado, this 27th day of September, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge