**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

    Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

    Defendants.

**ORDER APPROVING AND ADOPTING RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the **Recommendation of United States Magistrate Judge** [#99], filed September 12, 2006.  The Magistrate Judge recommends that

    1. "Defendant Daniel Powell's Motion [to] Dismiss Pursuant to Fed. R. Civ. Pro. 9(b) and 12(b)(6)" (filed August 3, 2006 ) (doc. # 76) be GRANTED;
    2. "Defendant George's Renewed Motion for Summary Judgment" (filed August 3, 2006) (doc. # 74) be GRANTED IN PART;
    3. "Plaintiff Burnetts' Motion this court under Authority of F.R. Civ. P. R 60(B)(4) for Vacation of the Judgments/Order in Colorado State Court Cases 2001C5 and 2004CV03 [sic]" (filed July 6, 2006) (doc. # 62) be DENIED;
    4. "Defendants Robert L. and Karen L. Amrein's Motion for Summary Judgment" (filed June 6, 2006) (doc. # 41) be GRANTED IN PART;
    5. "Defendant Daniel Powell's Motion for Summary Judgment" (filed May 31, 2006) (doc. # 34) be GRANTED IN PART;
    6. "Defendant Doug B. George's Renewed Motion for Summary Judgment . .." (filed May 4, 2006) (doc. # 19) be GRANTED IN PART;
    7. In light of this Recommendation, "Plaintiffs' Burnetts' Motion to Lift Order Staying Discovery and Grant Leave to Engage in Discovery . . ." (filed

      August 30, 2006) (doc. # 94) be DENIED; and
      8. This civil action be DISMISSED WITH PREJUDICE.

See Recommendation at 21.

On September 22, 2006, plaintiffs filed objections [#106] to the recommendation. On October 2, 2006, defendant Powell filed a response [#114] to plaintiffs' objections. I overrule plaintiffs' objections and approve and adopt the recommendation.

As required by **28 U.S.C. § 636(b)**, I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, plaintiffs' objections, defendant Powell's response, and the applicable case law. In addition, because plaintiffs are proceeding *pro se*, I have construed their pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. See **Haines v. Kerner**, 104 U.S. 519, 520-21 (1972), **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). I find plaintiffs' objections to be without merit. The recommendation is detailed, circumstantiated, and well-reasoned. Therefore, I approve, adopt, and incorporate the reasons stated, arguments advanced, and authorities cited, together with the findings of fact, conclusions of law, and recommendations proposed by the Magistrate Judge.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Recommendation of United States Magistrate Judge** [#99], filed September 12, 2006, **IS APPROVED AND ADOPTED** as the order of this court;

      2. That "Defendant Daniel Powell's Motion [to] Dismiss Pursuant to Fed. R. Civ. Pro. 9(b) and 12(b)(6)" [#76] filed August 3, 2006, **IS GRANTED**;

      3. That "Defendant George's Renewed Motion for Summary Judgment" [#74]

filed August 3, 2006, **IS GRANTED IN PART**;

4. That  "Plaintiff Burnetts' Motion this court under Authority of F.R. Civ. P. R 60(B)(4) for Vacation of the Judgments/Order in Colorado State Court Cases 2001C5 and 2004CV03 [*sic*]" [#62] filed July 6, 2006, **IS DENIED**;

5. That  "Defendants Robert L. and Karen L. Amrein's Motion for Summary Judgment" [#41] filed June 6, 2006, **IS GRANTED IN PART**;

6. That "Defendant Daniel Powell's Motion for Summary Judgment" [#34] filed May 31, 2006, **IS GRANTED IN PART**;

7. That  "Defendant Doug B. George's Renewed Motion for Summary Judgment . . ." [#19] filed May 4, 2006, **IS GRANTED IN PART**;

8. That "Plaintiffs' Burnetts' Motion to Lift Order Staying Discovery and Grant Leave to Engage in Discovery . . ." [#94] filed August 30, 2006, **IS DENIED**; and

9. That this action **IS DISMISSED WITH PREJUDICE**.

Dated October 3, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**