**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

    Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **Plaintiff Burnetts' Objection and Motion to Strike with Brief in Support, Defendant P. Powell's Bill of Costs (Doc. #120) filed on October 16th, 2006** [#121], filed October 30, 2006.  The motion is **DENIED**.  The arguments asserted by the plaintiffs do not establish a basis to strike the defendant Daniel Powell's proposed bill of costs.

Dated:  October 30, 2006

----

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.