IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00564-REB-CBS

FRED MARK BURNETT, and
CAROL ANN BURNETT,
    Plaintiffs,
v.

ROBERT L. AMREIN, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Burnetts' "Motion to Correct the Clerk's Record Pursuant to F.R. Civ. Pro. r. 60 (B) and 61 to Include Every Plaintiff Exhibit Now Excluded from Evidence on the Docket Report and to Make Correction of Doc. # 118 [sic]" (filed November 17, 2006) (doc. # 129).  Pursuant to the March 30, 2006 Order of Reference (doc. # 2) and the memorandum dated November 21, 2006 (doc. # 133), the Burnetts' Motion was referred to the Magistrate Judge.

    The Burnetts ask the court to correct various entries on the court's docket report. The court, having reviewed the Motion, the entire case file, and the entire docket report and being sufficiently advised in the premises, ORDERS:

    1.    The Burnetts' "Motion to Correct the Clerk's Record . . ." (filed November 17, 2006) (doc. # 129) is GRANTED IN PART AND DENIED IN PART AS UNNECESSARY.

    a.    The Burnetts' "Objection to the Magistrate's Denial of Burnetts' Motion to Sanction Doc. # 74 and # 76 . . . " (doc. # 118) has already been correctly re-docketed as doc. # 131.

    b.    The Burnetts' Exhibits 1, 2, and 3 are already in the record at pp. 12-15 of doc. # 24.

    c.    The Burnetts' Exhibit 5 is already in the record at pp. 9-15 of doc. # 58.

    d.    The Burnetts' Exhibits 6 and 7 are already in the record at pp. 14-19 of doc. # 87.

    e.    The court has not located the Burnetts' Exhibit 4 to doc. # 28 in the record.  On or before December 4, 2006, the Burnetts may supplement the record by re-submitting their Exhibit 4 to doc. # 28.

DATED at Denver, Colorado, this 21st day of November, 2006.

                            BY THE COURT:

                            *s/Craig B. Shaffer*
                            United States Magistrate Judge