IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

    Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

    Defendants.

---

**ORDER DENYING PLAINTIFFS' BURNETTS' MOTION FOR FINDINGS OF FACT IN RE: MINUTE ORDER OF OCTOBER 30th , 2006, AT DOCKET ENTRY #122, ALLEGEDLY ISSUED BY JUDGE BLACKBURN**

---

**Blackburn**, J.

The matter before me is **Plaintiffs' Burnetts' Motion for Findings of Fact In Re: Minute Order of October 30th , 2006, at Docket Entry #122, Allegedly Issued by Judge Blackburn** [#127] filed November 13, 2006. I deny the motion.

Plaintiffs make two critical mistakes: one of fact and one of law. As a matter of fact, my **Minute Order** [#122] entered October 30, 2006, was prepared and entered by me, not my law clerks. As a matter of law, no findings of fact beyond those included in my order are required. *See* Fed.R.Civ.P. 52(a) ("Findings of fact and conclusions of law are unnecessary on decisions of motions under Rule 12 or 56 or any other motion . . . .")

**THEREFORE, IT IS ORDERED** that **Plaintiffs' Burnetts' Motion for Findings of Fact In Re: Minute Order of October 30th , 2006, at Docket Entry #122, Allegedly Issued by Judge Blackburn** [#127] filed November 13, 2006, **IS DENIED**.

Dated November 22, 2006, at Denver, Colorado.

                                             **BY THE COURT:**

                                             **s/ Robert E. Blackburn**
                                             **Robert E. Blackburn**
                                             **United States District Judge**