**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

    Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

    Defendants.

**ORDER DENYING PLAINTIFFS' MOTION FOR A REHEARING IN RE: THE COURT'S ADOPTION OF THE MAGISTRATE'S REPORT AND RECOMMENDATION THAT THE CASE BE DISMISSED AND FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**Blackburn**, J.

The matter before me is **Plaintiffs' Motion for a Rehearing In Re: The Court's Adoption of the Magistrate's Report and Recommendation That the Case Be Dismissed And for Findings of Fact and Conclusions of Law** [#119] filed October 13, 2006. Defendant Powell filed a response, *see* [#124], and plaintiffs filed a reply, *see* [#128]. I deny the motion.

Plaintiffs seek reconsideration of my **Order Approving and Adopting Recommendation of United States Magistrate Judge** [#116] entered October 3, 2006. "Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct

clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law." **Servants of the Paraclete v. Does**, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). None of these grounds is circumstantiated here. Quintessentially, plaintiffs' motion is nothing more than a festooned reiteration of reasons stated, arguments advanced, and authorities cited previously. Thus, plaintiffs' motion should be denied.

**THEREFORE, IT IS ORDERED** that **Plaintiffs' Motion for a Rehearing In Re: The Court's Adoption of the Magistrate's Report and Recommendation That the Case Be Dismissed And for Findings of Fact and Conclusions of Law** [#119] filed October 13, 2006, **IS DENIED**.

Dated November 22, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**