**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

    Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

    Defendants.

## ORDER DENYING MOTION TO VACATE ORDER AND JUDGMENT

**Blackburn, J.**

This matter is before me on the **Plaintiffs' Burnetts' Motion under the Authority of F.R.Civ.P. 60 B(4) for Vacation of Order (Doc. #116) and Judgment Doc. #117 for Lack of Authority to Reverse Precedent Law and Violate Due Process of Litigants in so Doing** [#141], filed December 22, 2006.  The motion is denied.

The plaintiffs ask that I vacate my Order Approving and Adopting Recommendation of United States Magistrate Judge [#116], filed October 3, 2006, and the Judgment [#117] entered as a result of my October 3, 2006, order.  The plaintiffs seek such relief under FED. R. CIV. P. 60(b)(4), which provides that a court may relieve a party from a final judgment if "the judgment is void."  The plaintiffs argue that my order and the resulting judgment are void.  I find and conclude that nothing in the plaintiffs'

motion [#141] and nothing in the record of this case demonstrates that either my order [#116] or the judgment [#117] are void.

**THEREFORE, IT IS ORDERED** that the **Plaintiffs' Burnetts' Motion under the Authority of F.R.Civ.P. 60 B(4) for Vacation of Order (Doc. #116) and Judgment Doc. #117 for Lack of Authority to Reverse Precedent Law and Violate Due Process of Litigants in so Doing** [#141], filed December 22, 2006, is **DENIED**.

Dated January 2, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**