**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

    Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Plaintiffs' Motion to Find Defendants Robert L. Amrein and Karen L. Amrein, With Attorney Matthew K. Hobbs, in Contemp of Order of October 3, 2006 and Judgment October 5, 2006 with Affidavits and Exhibits 15, 16 and 17 Attached Herein** [#151], filed April 30, 2007. The motion is **DENIED**. The plaintiffs' motion to find certain defendants and their attorney in contempt [#151], filed April 30, 2007, is denied. This court does not have jurisdiction over issues arising in the course of the defendants' efforts to obtain an award of attorney fees in state court. Such efforts do not amount to contempt of this court's order and judgment in the above-captioned case. To the extent the plaintiffs seek to portray such efforts as further basis for the claims they asserted in the above-captioned case, this court does not have jurisdiction over any such claim.

Dated: May 1, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.