**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00564-REB-CBS

FRED MARK and
CAROL ANN BURNETT,

    Plaintiffs,

v.

ROBERT L. AMREIN, an individual,
KAREN L. AMREIN, an individual,
B. DOUG GEORGE, an individual, and
DANIEL P. POWELL, an individual,

    Defendants.

**MINUTE ORDER**[1]

The matter comes before the court on the following: 1) **Plaintiffs' Motion with Affidavits To Vacate the May 1st, 2007 Minute Order Denying Burnettes' April 30th, 2007 Motion for [Indirect] Contempt with Attached Notice of Hearing** [#154], filed May 10, 2007; and 2) **Plaintiffs' Second Request for a Hearing on Their Motion for Amreins' Unlawful Submission of Federal Work Product into a State Court Proceeding with Judicial Notice under F.R.E. 201.d** [*sic*] **to State Court Writ of Garnishment and Writ of Levy Damages** [#155] filed June 5, 2007.

**IT IS ORDERED** as follows:

1. That **Plaintiffs' Motion with Affidavits To Vacate the May 1st, 2007 Minute Order Denying Burnettes' April 30th, 2007 Motion for [Indirect] Contempt with Attached Notice of Hearing** [#154], filed May 10, 2007 **IS DENIED** for lack of jurisdiction; and

2. That **Plaintiffs' Second Request for a Hearing on Their Motion for Amreins' Unlawful Submission of Federal Work Product into a State Court**

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**Proceeding with Judicial Notice under F.R.E. 201.d** [*sic*] **to State Court Writ of Garnishment and Writ of Levy Damages** [#155] filed June 5, 2007, **IS DENIED** for lack of jurisdiction.

     Dated: June 6, 2007